JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Isabel Solorzano and Ronaldo Yersay Palacos Cardona, <br><br> Plaintiffs, <br><br> v. <br><br> DONNA P. CAMPAGNOLO, Director, California Service Center, U.S. Citizenship and Immigration Services, in her official capacity as well as her successors and assign; <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, in his official capacity as well as his successors and assigns; <br><br> UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns; <br><br> ANTONY BLINKEN, Secretary of State, in his official capacity as well as his successor and assigns; <br><br> PHILLIP SLATTERY, Director, National Visa Center, U.S. Department of State, in his official capacity as well as his successors and assigns; and <br><br> RICHARD C. VISEK, Acting Legal Advisor, U.S. Department of State, in his official capacity as well as his successors and assigns, <br><br> Defendants. | Case No. 2:24-cv-00240-GMN-DJA <br><br> **Stipulation and Order for Extension of Time to Respond to Plaintiffs' Complaint (Second Request)** |

1

1  Plaintiffs and Defendants, through their undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from June 15, 2024, to August 14, 2024, for Defendants to respond to Plaintiffs' Complaint, ECF. No. 1. This is the parties' second request for an extension of time.

Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 allow a party to request additional time to perform an act. The subject of this litigation concerns Plaintiffs' I-129F Petition for Alien Fiancée ("First Petition"). On or about December 28, 2020, Plaintiffs submitted to Defendants' U.S. Citizen and Immigration Services ("USCIS") their First Petition, which was approved by USCIS and then forwarded to National Visa Center ("NVC") and the United States Consulate ("Consulate") for processing. The First Petition was subsequently cancelled, and Plaintiffs were informed that a new I-129F Petition ("Second Petition") should be submitted, which they immediately sought to do. USCIS approved Plaintiffs' Second Petition on or about March 13, 2024, and Plaintiffs are now awaiting processing of the Second Petition by the NVC and Consulate. Pending the remaining administrative processing of the Second Petition, this litigation may become moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on these circumstances, the parties request an additional 60-day extension of time, from June 15, 2024, to August 14, 2024, for Defendants to file a response to Plaintiffs' Complaint, ECF. No. 1. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 17th day of June 2024.

DATED: June 17, 2024

QUIROGA LAW OFFICE, PLLC

 /s/ Maria E. Quiroga
MARIA E. QUIROGA
*Attorney for Plaintiffs*

DATED: June 17, 2024

JASON M. FRIERSON
United States Attorney

 /s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/18/2024