# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ISABEL SOLORZANO, *et al.*,

        Plaintiffs,

vs.

DONNA P. CAMPAGNOLO, *et al.*,

        Defendants.

Case No.: 2:24-cv-00240-GMN-DJA

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Pending before the Court is the Joint Motion to Dismiss, (ECF No. 20), signed by all parties. In the Motion, the parties stipulate to dismiss without prejudice all claims against all Defendants. The Motion explains that Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint and Plaintiffs' claims are now moot.

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss, (ECF No. 20), is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice. The Clerk of Court is kindly directed to close the case.

**DATED** this 26 day of November, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT